## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW L. HOPPOCK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | Civ. A. No. 20-316 (RCL) |

## JOINT STATUS REPORT

On December 13, 2021, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report. ECF No. 25. Plaintiff, Matthew L. Hoppock, and Defendant, U.S. Citizenship and Immigration Services ("USCIS"), respectfully submit this joint status report pursuant to the Court's Order Minute Order on December 14, 2021.

### Request #1

As stated in the July 2020 status report, ECF No. 18, Defendant has completed processing and production of Request # 1.

### Request #2

Defendant's final production for this request was in December 2021. Most responsive documents for this request have been sent to other agencies for consultations. While it most recently contacted the outside agencies for an update on February 11, 2022, Defendant has not been given estimates for the completion by those agencies and, consequently, has not yet been able to provide guidance to Plaintiff as to the timing of the consultations' completion.

1

**Request #3**

In August 2020, Defendant released 8 pages in their entirety and 19 pages in part, thereby completing processing and production for this request.

Pursuant to this Court's Order, ECF No. 20, the parties intend to submit a joint status report on or before June 13, 2022.

Dated:  March 14, 2022

By: /s/ Amber Qureshi
Amber Qureshi*
Sirine Shebaya, D.C. Bar #1019748
National Immigration Project
of the National Lawyers Guild
2201 Wisconsin Ave, N.W.,
Suite 200
Washington DC 20007
(202) 470-2082
amber@nipnlg.org
sirine@nipnlg.org

*D.C. Bar admission pending; admitted pro hac vice*

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ John Moustakas
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2518

*Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

Dated: March 14, 2022     */s/ Amber Qureshi*
Amber Qureshi
National Immigration Project
of the National Lawyers Guild
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Tel: (202) 470-2082
Fax: (617) 227-5495
amber@nipnlg.org