**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW L. HOPPOCK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civ. A. No. 20-316 (RCL) |

## STATUS REPORT

Plaintiff, Matthew L. Hoppock, respectfully submits this status report in the above-captioned Freedom of Information Act matter.[1] On May 26, 2023, Plaintiff filed a Consent Motion to Reinstate Case, informing the Court that the parties "have reached an agreement in principle" to settle substantive matters in this case and that they are "still negotiating attorneys' fees and have yet to memorialize their agreement." ECF No. 34 at 1. On May 31, 2023, the Court granted Plaintiff's Motion to Reinstate Case and ordered the parties to submit a status report on or before June 30, 2023. *See* ECF No. 35.

As mentioned in Plaintiff's Motion to Reinstate Case, Plaintiff's counsel sent her billing records to Defendant's counsel on May 25 for Defendant's review. *See* ECF No. 34 at 1. Counsel's billing records for this case consist of a table of less than 3 pages in PDF format. On June 2, 2023, and again on June 15, 2023, undersigned counsel reached out to counsel for Defendant by email requesting an update on Defendant's consideration of Plaintiff's fee request.

[1] For reasons stated herein, Plaintiff has been unable to reach Defendant's counsel for the purposes of filing a *joint* status report.

Defendant's counsel responded by email on June 20, 2023, stating that he does not "have bandwidth to turn to it right now" and has other work that takes priority. Defendant's counsel did not provide a date by which Plaintiff should expect a response. The next day, undersigned counsel responded, noting that the billing records she sent over are not extensive, and that the Court has requested an update on the case by June 30, 2023. In that response, undersigned counsel also asked if there was anyone else in Defendant's counsel's office who can work with Plaintiff's counsel to resolve this matter. Undersigned counsel followed up with Defendant's counsel again on June 30, 2023, asking if Defendant has any updates to share with the Court for the purposes of this status report. As of the filing of this status report, undersigned counsel has not received a response. Counsel will continue to endeavor to reach Defendant in order to settle this matter.

Plaintiff proposes to submit another status report on Monday, July 31, 2023.

Respectfully submitted,

Dated: June 30, 2023

By: *<u>/s/ Amber Qureshi</u>*

Amber Qureshi, D.C. Bar # 90001046
National Immigration Project
2201 Wisconsin Ave, N.W., Suite 200
Washington DC 20007
(202) 470-2082
amber@nipnlg.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

Dated: June 30, 2023

*/s/ Amber Qureshi*

Amber Qureshi
National Immigration Project
of the National Lawyers Guild
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Tel: (202) 470-2082
Fax: (617) 227-5495
amber@nipnlg.org